**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **KAMAL K. PATEL,** | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | No. 14-4026-KHV |
| | ) | |
| **PEACE, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER**

On April 14, 2014, Kamal K. Patel filed suit pro se against Peace, Inc., Wilson Parmar, Grace Parmar, Holiday Inn Express & Suites-Pratt, Bank of America and John or Jane Does. See Civil Complaint (Doc. #1). On September 8, 2014, plaintiff voluntarily dismissed all claims against the Bank of America. See Doc. #28. On March 31, 2015, the Court dismissed all of plaintiff's claims as assignee of Atul Patel. See Order (Doc. #32). On June 22, 2015, the Court dismissed all of plaintiff's claims as assignee of David, Inc., see Doc. #37, thus disposing of all remaining claims in the case.

**IT IS THEREFORE ORDERED** that the case be and hereby is **DISMISSED.**

Dated this 9th day of July, 2015 at Kansas City, Kansas.

                                                  s/ Kathryn H. Vratil
                                                KATHRYN H. VRATIL
                                                United States District Judge